

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2021

**BY ECF**
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Urena*, 21 Crim. 593 (NRB)**

Dear Judge Buchwald:

The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act between today and October 14, 2021.

A grand jury indicted the defendant on September 27. The parties have discussed arraignment dates with the Court, and an arraignment has not yet been scheduled because defense counsel has been unable to meet with the defendant to discuss whether the defendant consents to a remote arraignment. Given the delay in producing the defendant, the Government accordingly asks that time be excluded under the Speedy Trial Act between today and a control date of October 14, 2021.

An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties to produce and review discovery and discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Respectfully Submitted,

AUDREY STRAUSS
United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

```
Application granted.
Time under the Speedy
Trial Act is excluded
until October 14, 2021.
SO ORDERED.
```

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       October 1, 2021

CC:   Mitchell Elman, Counsel for Jonathan German Payamps-Urena (by ECF)