

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2022

**BY ECF**
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Urena*, 21 Crim. 593 (NRB)

Dear Judge Buchwald:

    The parties write jointly to seek a 60-day adjournment of the status conference currently scheduled for April 19, 2022, because the parties are continuing to productively discuss a pretrial resolution in this case.

    The Government also respectfully requests that time be excluded under the Speedy Trial Act between April 19 and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

CC: Mitchell Elman, Counsel for Jonathan German Payamps-Urena (by ECF)

---

Application granted. The status conference is adjourned until June 28, 2022 at 12:00 p.m. **SO ORDERED.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
      April 11, 2022